THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Charles Redd,

          Plaintiff,    :    Case No. 2:10-cv-1004

          vs    :    Judge Sargus

Delanor, Kemper & Associates, LLC,

    :    Magistrate Judge King

          Defendant.

## ENTRY OF DEFAULT

It appears that the Defendant Delanor, Kemper & Associates, LLC is in default, having failed to plead or otherwise defend in this cause as required by law; Now, therefore, in accordance with Rule 55 (a) of the Federal Rules of Civil Procedure; Default is hereby entered against this Defendant on this 3rd day of June 2011.

          James Bonini, Clerk
          United States District Court
          Southern District of Ohio

          By: s/ Jessica Rector
              Jessica Rector, Deputy Clerk