**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLES REDD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.   2:10-cv-1004 |
| vs. | ) | |
| | ) | |
| DELANOR, KEMPER | ) | |
| & ASSOCIATES, LLC | ) | **NOTICE OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |

Now comes the Plaintiff, CHARLES REDD, by and through his attorneys, and hereby advises the Court that he is dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties

Respectfully submitted,

/s/ David B. Levin
David B. Levin (0059340)
Mitchel E. Luxenburg (0071239)
Attorneys for Plaintiff
Luxenburg & Levin, LLC
23875 Commerce Park
Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 302 (phone)
(866) 551-7791 (facsimile)
david@luxenburglevin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2011, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ David B. Levin
David B. Levin (0059340)
Mitchel E. Luxenburg (0071239)
Attorneys for Plaintiff
Luxenburg & Levin, LLC
23875 Commerce Park
Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 302 (phone)
(866) 551-7791 (facsimile)
david@luxenburglevin.com